UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HEALY, by MARGARET
HEALY, his Legal Guardian,

    Plaintiff,

v.                                                        Case No. 08-14320
                                                        Honorable Patrick J. Duggan

SEARS, ROEBUCK & CO.,

    Defendant.
_____/

## **JUDGMENT**

Margaret Healy, mother and legal guardian of John Healy ("Plaintiff"), initiated this action against Defendant Sears Roebuck and Company ("Defendant"), alleging handicap discrimination in violation of Michigan's Persons with Disabilities Civil Rights Act, Mich. Comp. Laws §§ 37.1101-37.1607.  Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c) on April 15, 2009, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: July 21, 2009                    PATRICK J. DUGGAN
                                               UNITED STATES DISTRICT JUDGE

Copies to:
Scott E. Combs
Charles C. DeWitt, Jr.